IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMARCUS D. HEATH,<br><br>Plaintiff,<br><br>v.<br><br>FONDA ELLISON JONES, et al,<br><br>Defendants. | 1:26-CV-773 |

**ORDER**

This matter is before the Court for review of the Magistrate Judge's Recommendation filed on September 9, 2026. *Order and Recommendation of United States Magistrate Judge*, D.E. 3 (Sep. 9, 2026). The Magistrate Judge recommends dismissing Plaintiff Heath's Complaint, D.E. 2 (Aug. 6, 2026) without prejudice. The latest deadline for objections passed on September 28, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, D.E. 3, is ADOPTED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

A Judgment will be entered contemporaneously with this Order.

This the 5th day of October, 2026.

/s/ David A. Bragdon
United States District Judge